**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

EUDALDO ALVAREZ and DUNNIA
ALVAREZ, individually and as husband
and wife,

    Plaintiffs,

vs.                                                                                    CASE NO. 6:06-CV-1432-ORL-19JGG

GUIDANT CORPORATION, CARDIAC
PACEMAKERS, INC., and GUIDANT
SALES CORPORATION,

    Defendants.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR STAY OF
PROCEEDINGS PENDING TRANSFER TO MDL 1708**

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1708 (Doc. No. 4, filed November 6, 2006). The Court has reviewed the motion, has been informed that Plaintiffs do not oppose the relief requested therein, and has been otherwise sufficiently advised. It is hereby:

ORDERED and ADJUDGED that Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to MDL 1708 is GRANTED. This case is hereby STAYED. Pending further Orders from this Court of the Judicial Panel on Multidistrict Litigation, the parties are hereby relieved of their responsibility to comply with the pretrial deadlines provided for by the Federal Rules of Civil Procedure, the Local Rules of the Middle District of Florida, and any prior Order of this Court.

**DONE AND ORDERED** at Orlando, Florida, this ___7th___ day of November,

2006.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record